```
STIP
AARON D. FORD
  Attorney General
JOANNA N. GRIGORIEV
  Senior Deputy Attorney General (#5649)
KAYLA D. DORAME
  Deputy Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-3101
jgrigoriev@ag.nv.gov
Attorney for Defendant,
THE NEVADA COMMISSIONER
OF INSURANCE
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY POLK,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, THE SUPREME COURT OF THE STATE OF NEVADA, THE NEVADA BOARD OF BAR EXAMINERS, STATE BAR OF NEVADA, BOARD OF GOVERNORS OF THE STATE BAR, AND THE NEVADA COMMISSIONER OF INSURANCE,<br><br>    Defendants. | Case No.: 2:24-cv-00625-JAD-DJA<br><br>**Stipulation and Order Dismissing Claims against Nevada Commissioner of Insurance**<br><br>ECF No. 9 |

   IT IS HEREBY STIPULATED AND AGREED by the NEVADA COMMISSIONER OF INSURANCE, through his counsel, Joanna Grigoriev, SDAG, and Plaintiff GEOFFREY POLK ("Plaintiff") in proper person, as follows:

1. In accordance with F.R.C.P 41(a)(1)(A)(i), Plaintiff will file a voluntary dismissal, without prejudice, of the Defendant, NEVADA COMMISSIONER OF INSURANCE, in the above-entitled matter.

2. The Nevada Division of Insurance will permit Plaintiff to submit an application for a Nevada title producer license and will not consider his home state of residency in its review of said application.

3. The Nevada Division of Insurance will begin the process of repealing regulation NAC 692A.030(b), which requires a person applying for a title agent or escrow officer, to be a" bona fide resident" of the state of Nevada or reside "not more than 50 miles from the border" of the State of Nevada.

DATED: June 3, 2024.

PLAINTIFF

By:/s/ Geoffrey Polk
GEOFFREY POLK
7627 Lake St., Ste 206 A34
River Forest, IL 60305
(312) 929-3861
Plaintiff,
in proper person

AARON D. FORD
Attorney General

By: /s/ Joanna N. Grigoriev
JOANNA N. GRIGORIEV
Senior Deputy Attorney General (#5649)
KAYLA D. DORAME
555 E. Washington Ave.,
Suite 3900
Las Vegas, Nevada 89118
Attorneys for Defendant Nevada Commissioner of Insurance

**ORDER**

Based on the stipulation between plaintiff and the Nevada Commissioner of Insurance [ECF No. 9], which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS ORDERED that ALL CLAIMS AGAINST the Nevada Commissioner of Insurance are DISMISSED without prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2024