Rew R. Goodenow, Nevada Bar No. 3722
Ethan J. Foster, Nevada Bar No. 16535
Parsons Behle & Latimer
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Sydney Lisy and Richard M. Trachok, II*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY POLK,<br><br>          Plaintiff,<br><br>v.<br><br>SYDNEY LISY, DIRECTOR OF ADMISSIONS OF THE STATE BAR OF NEVADA, and RICHARD M. TRACHOK, II, CHAIR OF THE NEVADA BOARD OF BAR EXAMINERS, in their official capacities only,<br><br>          Defendants. | Case No. 2:24-cv-00625-JAD-DJA<br><br>**AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on March 26, 2025. The parties now submit their amended stipulated discovery plan and scheduling order in compliance with LR 26-1(b).

1.   Discovery Cut-Off Date. The first defendant answered or otherwise appeared on March 21, 2025. The discovery cut-off date is Monday, September 22, 2025.

2.   Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is June 24, 2025.

3.   Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is June 24, 2025. The deadline to disclose rebuttal experts is August 22, 2025.

4.   Dispositive Motions. The deadline to file dispositive motions is October 22, 2025.

5.   Pretrial Order. The deadline to file a pretrial order is November 21, 2025.

6.   Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to

1 | them must be included in the joint pretrial order.

2      7.    Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

     8.    Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

     9.    Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. Plaintiff stated that he intends to withdraw his jury demand.

IT IS SO STIPULATED.

DATED: March 31, 2025                 DATED: March 31, 2025

                                                 PARSONS BEHLE & LATIMER

*/s/ Geoffrey Polk*                   */s/ Rew Goodenow*
Geoffrey Polk                         Rew R. Goodenow, Nevada Bar No. 3722
7627 Lake St. Ste. 206 A34         Ethan J. Foster, Nevada Bar No. 16535
River Forest, IL 60305              50 West Liberty Street, Suite 750
Telephone: 312.929.3861           Reno, Nevada 89501
                                                 Telephone: 775.323.1601
                                                 RGoodenow@parsonsbehle.com
                                                 EFoster@parsonsbehle.com

*Attorneys for Sydney Lisy and Richard M. Trachok, II*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/1/2025

PARSONS BEHLE & LATIMER

2

4896-8835-2047

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Parsons Behle & Latimer, and that on this 31st day of March 2025, I filed a true and correct copy of the foregoing document, **AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**, with the Clerk of the Court through the Court's CM/ECF system which sent electronic notification to the following:

Geoffrey Polk
7627 Lake St., Ste. 206 A34
River Forest, IL 60305
geoff@geoffreypolk.com

 */s/ Sara Sakurada*
Employee of Parsons Behle & Latimer

3

4896-8835-2047