Rew R. Goodenow, Nevada Bar No. 3722
Ethan J. Foster, Nevada Bar No. 16535
Parsons Behle & Latimer
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Sydney Lisy and*
*Richard M. Trachok, II*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY POLK,<br><br>Plaintiff,<br><br>v.<br><br>SYDNEY LISY, DIRECTOR OF ADMISSIONS OF THE STATE BAR OF NEVADA, and RICHARD M. TRACHOK, II, CHAIR OF THE NEVADA BOARD OF BAR EXAMINERS, in their official capacities only,<br><br>Defendants. | Case No. 2:24-cv-00625-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)**<br><br>*Extending deadline to respond to ECF No. 45* |

Consistent with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and LR IA 6-1(a), Defendants Sydney Lisy, Director of Admissions of the State Bar of Nevada and Richard M. Trachok, II, Chair of the Nevada Board of Bar Examiners (collectively, the "Defendants") by and through their counsel of record, Parsons Behle & Latimer, and Plaintiff Geoffrey Polk ("Mr. Polk" and, together with Defendants, the "Parties"), representing himself pro se, hereby jointly submit this Stipulation to extend the deadline for Defendants to file their opposition to Plaintiff's Motion for Summary Judgment (Docket Entry No. 45, the "Motion"), filed on April 2, 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Polk filed his Motion on April 2, 2025. Subsequent thereto, Defendants' counsel requested, and Mr. Polk agreed, to extend the time to respond to the Motion to allow for further discovery to take place. On April 9, 2025, the Parties served their Initial Disclosures, including documents that will aid the Parties in propounding discovery and potentially narrowing the scope

4898-1176-9395.v4

1   of disputed material facts.

2         Rule 6(b) of the Federal Rules of Civil Procedure provides that "when an act" such as a

3   filing "must be done within a specified time, the court may, for good cause, extend the time . . . if

4   a request is made, before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1)(A).

5   Likewise, Local Rule IA 6.1 provides that a "stipulation to extend time must state the reasons for

6   the extension requested and must inform the court of all previous extensions of the subject deadline

7   the court granted."  LR IA 6.1(a).

8         Mr. Polk and counsel for Defendants exchanged correspondence regarding the Motion and

9   agreed to a stipulation to extend the time for Defendants to file their Opposition to Mr. Polk's.  This

10  is the first request of this sort, and is made for the purpose of allowing time for targeted discovery

11  to occur to aid the Parties in clarifying the scope of undisputed material facts in this case.

12  Specifically, such extension is intended to allow the Defendants to conduct limited discovery into

13  the factual allegations contained in Mr. Polk's Motion, and to allow Mr. Polk to clarify his own

14  factual allegations.  Moreover, counsel for Defendants have several overlapping deadlines in

15  unrelated cases that make the present deadline practically challenging, and to prepare a full

16  response would benefit from an extension of time.  Accordingly, the Parties agree that Defendants'

17  Opposition to Mr. Polk's Motion should be extended to May 19, 2025.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PARSONS
BEHLE &
LATIMER

4898-1176-9395.v4

1          This is the first extension of the deadline.  The Parties stipulate to this extension in good

2    faith and not to cause undue delay.

3          IT IS SO STIPULATED.

4    DATED: April 14, 2025                         DATED: April 14, 2025

5                                                      PARSONS BEHLE & LATIMER

6    */s/ Geoffrey Polk*                         */s/ Rew Goodenow*
      Geoffrey Polk                             Rew R. Goodenow, Nevada Bar No. 3722

7    7627 Lake St. Ste. 206 A34              Ethan J. Foster, Nevada Bar No. 16535
      River Forest, IL 60305                  50 West Liberty Street, Suite 750

8    Telephone: 312.929.3861               Reno, Nevada 89501
                                           Telephone:  775.323.1601

9                                               RGoodenow@parsonsbehle.com
                                         EFoster@parsonsbehle.com

10

11                                            *Attorneys for Sydney Lisy and*
                                         *Richard M. Trachok, II*

12

13                                    **ORDER**

14        Based on the parties' stipulation [49] and with good cause appearing, IT IS ORDERED that the

15   deadline to respond to the plaintiff's motion for summary judgment [45] is EXTENDED to May 19,

16   2025.

17   _____
      UNITED STATES DISTRICT JUDGE

18   DATED: _____4/16/25_____

19

20

21

22

23

24

25

26

27

28