# EXHIBIT 2

Declaration of Sydney Lisy in Support of Defendants Sydney Lisy and Richard M. Trachok, II's
Opposition to Plaintiff's Motion for Summary Judgment

# EXHIBIT 2

1  Rew R. Goodenow, Nevada Bar No. 3722
   Ethan J. Foster, Nevada Bar No. 16535
2  Parsons Behle & Latimer
   50 W. Liberty St., Ste. 750
3  Reno, NV 89501
   Telephone: 775.323.1601
4  RGoodenow@parsonsbehle.com
   EFoster@parsonsbehle.com
5
   *Attorneys for Sydney Lisy and*
6  *Richard M. Trachok, II*

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  GEOFFREY POLK,                          Case No. 2:24-cv-00625-JAD-DJA

10          Plaintiff,

11 v.                                      **DECLARATION OF SYDNEY LISY IN
                                           SUPPORT OF DEFENDANTS SYDNEY
12 SYDNEY    LISY,   DIRECTOR    OF        LISY AND RICHARD M. TRACHOK, II'S
   ADMISSIONS OF THE STATE BAR OF          OPPOSITION TO PLAINTIFF'S MOTION
13 NEVADA, and RICHARD M. TRACHOK, II,     FOR SUMMARY JUDGMENT
   CHAIR OF THE NEVADA BOARD OF BAR
14 EXAMINERS, in their official capacities only,

15          Defendants.

16

17       I, Sydney Lisy, declare under the penalties of perjury of the laws of the United States and

18 the State of Nevada that the following is true and correct:

19       1.      I am a party to the above-referenced litigation and have personal knowledge of the

20 facts set forth in this Declaration, except for those matters stated on information and belief, and as

21 to those matters, I believe them to be true. If called to testify, I could and would testify to the

22 matters set forth below.

23       2.      This Declaration is made in support of the Defendants' Opposition and Cross-

24 Motion for Summary Judgment to be filed in this matter.

25       3.      I am the Admissions Director of the State Bar of Nevada (the "Bar").

26       4.      Plaintiff Geoffrey Polk ("Polk") submitted a request for a Limited Practice

27 application on or around September 12, 2023. I understand that Dean Fernandez sent him a copy

28 of the application. Discussion concerning the residency requirement element of the rule ensued.

PARSONS
BEHLE &
LATIMER

4916-5664-6209

5.    Polk did not submit a completed Limited Practice application for the Bar's consideration.

6.    To date, the Bar has not made any decision on whether to admit or deny an application submitted on behalf of Polk under Supreme Court Rule 49.1(h).

7.    When my department (Admissions) enforces Supreme Court admissions rule as written, it always communicates to the applicant that they can seek a writ of exception with the Nevada Supreme Court.

8.    My understanding is that the Nevada Supreme Court may grant a writ of exception to permit admission or certification where the Supreme Court Rules otherwise do not provide for it, consistent with its inherent authority over the admission of attorneys to practice law within the State, as reflected in Supreme Court Rule 39, including its authority to review challenges of denied applicants, as set forth in Supreme Court Rule 72.  *See also* Supreme Court Rules 49(8)(b), 49.1(5).

9.    Because Polk has not submitted an application under Supreme Court Rule 49.1(1)(h), Admissions has not advised him to seek a writ of exception with the Nevada Supreme Court.

10.    My understanding is that there is a possibility that the Nevada Supreme Court would grant a writ of exception to allow a non-resident without the intent to reside in Nevada under Supreme Court Rule 49.1(1)(h).

Executed on this 19th day of May, 2025

_____
Sydney Lisy, Declarant

PARSONS
BEHLE &
LATIMER

2

4916-5664-6209