Rew R. Goodenow, Nevada Bar No. 3722
Ethan J. Foster, Nevada Bar No. 16535
Parsons Behle & Latimer
50 W. Liberty St., Ste. 750
Reno, NV 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Sydney Lisy and Richard M. Trachok, II*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY POLK,<br><br>Plaintiff,<br><br>v.<br><br>SYDNEY LISY, DIRECTOR OF ADMISSIONS OF THE STATE BAR OF NEVADA, and RICHARD M. TRACHOK, II, CHAIR OF THE NEVADA BOARD OF BAR EXAMINERS, in their official capacities only,<br><br>Defendants. | Case No. 2:24-cv-00625-JAD-DJA<br><br>**DECLARATION OF SYDNEY LISY IN SUPPORT OF DEFENDANTS SYDNEY LISY AND RICHARD M. TRACHOK, II'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND JUDGMENT**<br>***AND***<br>**MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S MOTION TO AMEND JUDGMENT** |

I, Sydney Lisy, declare under the penalties of perjury of the laws of the United States and the State of Nevada that the following is true and correct:

1. I am a party to the above-referenced litigation and have personal knowledge of the facts set forth in this Declaration, except for those matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify, I could and would testify to the matters set forth below.

2. This Declaration is made in support of the *Defendants Sydney Lisy and Richard M. Trachok, II's Opposition to Motion to Amend Judgment and Motion for Leave to Supplement Plaintiff's Motion to Amend Judgement*, filed herewith in this matter.

3. I am the Admissions Director of the State Bar of Nevada (the "Bar").

/ / /

4915-0617-6632

4. On or about September 30, 2025, Plaintiff Geoffrey Polk ("Polk") registered to take the February 2026 Nevada Bar Exam.

5. To this day, based on a review of our records, Mr. Polk has never submitted a Limited Practice application under Nevada Supreme Court Rule 49.1 for the Bar's consideration.

6. To provide additional clarity to Paragraph 8 of the *Declaration of Sydney Lisy in Support of Defendants Sydney Lisy and Richard M. Trachok, II's Opposition to Plaintiff's Motion for Summary Judgment*, executed on May 19, 2025, it is my understanding that the procedural means by which a writ of exception may be filed is via a petition for writ of mandamus or writ of prohibition, but in any event Supreme Court Rule 72 applies. *See also* Supreme Court Rules 49(8)(b), 49.1(5).

7. In instances where the Bar lacks discretion in the application of a given rule, the following language is what I often send to applicants when they request an exception from the Supreme Court Rules for Admissions: "Unfortunately, the Admissions office does not have any discretion with respect to [this Rule]." An explanation of the Rule is usually given, followed by this language: "You may petition the Supreme Court for an exception. I suggest you contact the Nevada Supreme Court Clerk's Office for best guidance about filing a petition. Phone: (775) 684-1600. You will be requesting an exception to Nevada Supreme Court Rule [at issue]. You will likely be filing a writ petition, *see* Nevada Rules of Appellate Procedure Rule 21 for petition requirements."

Executed on this 12th day of November, 2025

Signed by:
Sydney Lisy
3D7CBC3E94B2407...

Sydney Lisy, Declarant

PARSONS
BEHLE &
LATIMER

4915-0617-6632

2